UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY JAY HALL, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> MURAD MUHAMMAD, et al., <br><br> Defendant(s). | No.  C05-2192 BZ <br><br> **ORDER SETTING HEARING ON PLAINTIFFS' EX-PARTE MOTION TO SHORTEN TIME** |

**IT IS HEREBY ORDERED** that a hearing on plaintiffs' ex-parte motion is scheduled for **June 27, 2005, at 2:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  **IT IS FURTHER ORDERED** that all counsel and unrepresented parties must personally appear at the hearing.  In addition to the motion, the parties should be prepared to answer about the status of the case such as the following:

1) Who are the plaintiffs and defendants in this case?

2) Is Emmanuel Pacquiao a plaintiff or defendant?

3) Which parties are represented by which counsel?

1

    4) What is the status of this case and the various motions before the court?

    5) Are other cases involving the same or similar facts as this case currently pending in state or federal court? If so, when were the cases filed, who are the parties, and what is the status of these cases?

    6) Which sections of the Muhammad Ali Boxing Reform Act, 28 U.S.C. § 6301 et. seq., do plaintiffs allege defendants violated?

    7) How does this case differ from <u>Sydney Jay Hall v. Murad Muhammad, et. al.</u>, C03-5095 CRB? If it does not, has a notice of related cases pursuant to Local Rule 3-2 been filed and why are plaintiffs' claims under the Muhammad Ali Boxing Reform Act not precluded by Judge Breyer's April 16, 2004 order in <u>Hall v. Muhammad, et. al.</u>?

    Counsel for defendants shall **immediately** register for E-filing and comply with General Order 45 and consent to or decline magistrate judge jurisdiction. In view of the short timing, if Mr. Elorde is in the Phillippines, he may arrange to appear by phone by contacting my clerk, Lashanda Scott, at **415-522-2015.**

June 23, 2005

                       /s/ Bernard Zimmerman
                           Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\HALL\exparte2.order.wpd